McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN                    3639-0
BECKY T. CHESTNUT             7756-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  minkin@m4law.com

Attorneys for Defendant
CENTRAL PORTFOLIO CONTROL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| KAWIKA CANTERBURY AND POLLY CANTERBURY,<br><br>           Plaintiffs,<br><br>vs.<br><br>CENTRAL PORTFLOIO CONTROL, INC.,<br><br>           Defendant.<br>_____ | CIVIL NO. 07-00619 SOM KSC<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER<br><br><br>NO TRIAL DATE SET |
|---|---|

STIPULATION FOR DISMISSAL WITH
PREJUDICE AS TO ALL CLAIMS AND PARTIES

Defendant Central Portfolio, Inc., by and through its attorneys,

McCorriston Miller Mukai MacKinnon LLP, and Plaintiffs Kawika Canterbury and

Polly Canterbury, by and through their attorney, John Harris Paer, stipulate to the

181833.1

dismissal of this action with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear their own fees and costs.  There are no remaining claims or parties.  Trial of this matter has not been set.

DATED:  Honolulu, Hawai`i, April 17, 2008.

/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
Attorneys for Defendant
CENTRAL PORTFOLIO CONTROL, INC.

/s/ John Harris Paer
JOHN HARRIS PAER
Attorney for Plaintiffs
KAWIKA CANTERBURY and
POLLY CANTERBURY

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; April 18, 2008.



/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

---

Canterbury vs. Central Portfolio Control, Inc., Civil No. 07-00619 SOM KSC; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER